**FILED**

JUN 2 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 : 26 CR   3 0 4** |
| | ) | Title 18, United States Code, |
| JAYSON TENNANT, | ) | Sections 875(c) and 2261A(2)(B) |
| | ) | |
| Defendant. | ) | **JUDGE POLSTER** |

The Grand Jury charges:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Defendant JAYSON TENNANT was a resident of Sagamore Hills, Ohio.

2. JAYSON TENNANT utilized a specified gmail account address.

3. JAYSON TENNANT utilized a specified protonmail account address.

4. Gmail was a provider of an interactive computer service, an electronic communication system and an electronic communication service engaged in interstate and foreign commerce, with data centers located outside the State of Ohio.

5. Proton was a provider of an interactive computer service, an electronic communication system and an electronic communication service engaged in interstate and foreign commerce, with data centers located outside the State of Ohio.

6. R.P., an individual known to the Grand Jury but not named herein, was employed by the Sagamore Hills Police Department, in Summit County, Ohio and used an assigned municipal email address during the course of employment.

7. J.F., an individual known to the Grand Jury but not named herein, was employed by the Sarasota County Sheriff's Office, in Sarasota County, Florida and used an assigned municipal email address during the course of employment.

<u>COURSE OF CONDUCT</u>

8. From in or around February 1, 2025, through May 30, 2026, TENNANT engaged in a course of conduct designed to cause substantial emotional distress to the following people and their immediate family members, spouses, and intimate partners.

    a. R.P., a sworn law enforcement officer for the Sagamore Hills Police Department, in Summit County, Ohio, hereinafter VICTIM 1.

    b. J.F., a sworn law enforcement officer for the Sarasota County Sheriff's Office, in Sarasota County, Florida, herein after VICTIM 2.

9. In carrying out this course of conduct, TENNANT used Proton and Gmail accounts to send threatening, harassing, and intimidating emails to the above individuals at their respective email addresses. During the course of conduct, TENNANT threatened physical harm to the victims and others over grievances with specific law enforcement investigations.

10. In early February 2025, TENNANT sent numerous emails to a Sagamore Hills

government employee, including one threatening to "put a bullet in my head, someone else's head, or a bunch of people find themselves in prison."

11. On or about February 11, 2025, VICTIM 1 interviewed TENNANT at the Sagamore Hills Police Department. TENNANT alleged numerous conspiracies were being perpetrated in Sagamore Hills administration and admitted he sent the email. TENNANT told VICTIM 1 he possessed firearms.

12. On or about March 1, 2025, the FBI Cleveland Division general email inbox received an email message from an identified email address. In the message, the sender threatened to come to the FBI with the intent of entering the facility and demand assistance with a perceived issue. The message stated, "Should you continue to act as criminals, not help, or follow through I will begin to shoot up your facility, the sagamore hills police dept, and every individual who gets in my way. You will help me and you will answer to the people." Investigators from the FBI and Sagamore Hills Police Department were able to quickly identify TENNANT as the sender of the threatening message.

13. On or about March 3, 2025, investigators spoke to TENNANT at Sagamore Hills Police Department about the threatening message. TENNANT admitted that he sent the threatening message from the identified Proton email address and that he regularly utilized the email address.

14. From on or about June 10, 2025, through on or about June 24, 2025, a silver/grey Audi sedan, Ohio license plate FZF9854 registered to TENNANT was documented on FLOCK cameras in the Sarasota, Florida, area.

15. On June 14, 2025, TENNANT went to the Sarasota County Sheriff's Office in Sarasota, Florida to discuss a closed investigation involving a former girlfriend and left a card

3

with his contact information with the Sheriff's Office. VICTIM 2 received TENNANT's information and communicated with TENNANT at the contact information provided. TENNANT began sending VICTIM 2 emails from his proton email address in reference to the closed investigation unsuccessfully attempting to persuade VICTIM 2 that the case be reopened.

16. On or about May 21, 2026, the user of a specified gmail account address sent an email to multiple individuals residing in the Northern District of Ohio and or the Middle District of Florida, including VICTIM 1 and VICTIM 2, which stated in part:

Subject: Fwd: Matt Ayers (Skywalker 2023)

[VICTIM 1], [VICTIM 2] your both deadmen walking as far as I am concerned.

17. On or about May 21, 2026, the user of a specified gmail account address sent another email to multiple individuals residing in the Northern District of Ohio and or the Middle District of Florida, including VICTIM 1 and VICTIM 2, which stated in part:

Subject: [EXTERNAL EMAIL] - London to Cleveland ~> FL

With my AR and my vest.

I'm not event playing with you pansy LE assholes anymore. It's called fucking communication. If you can't do that then you took a chance that I will murder you for. In the 1st. I'm not a plead the 5th degree bitch

18. On or about May 21, 2026, VICTIM 1 confirmed receipt of the two threatening email messages from the gmail account address, and that R.P. was in the state of Ohio, specifically, in the Northern District of Ohio, when the messages were received.

19. On or about May 21, 2026, VICTIM 2 confirmed receipt of the two threatening email messages from the specified gmail account address, and that he/she was in the state of Florida, specifically, in the Middle District of Florida, when the messages were received.

4

20. On or about May 21, 2026, representatives from Google LLC's Google Legal Investigations Support confirmed that the user of the specified gmail account was TENNANT.

21. TENNANT sent the above-referenced emails for the purpose of issuing a threat, and with knowledge that the communications would be viewed as a threat.

22. The above-referenced emails caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to the recipients.

<u>COUNT 1</u>
(Cyberstalking, Title 18, United States Code, Sections 2261A(2)(B))

23. The factual allegations of Paragraphs 1 through 22 of this Indictment are hereby realleged and incorporated as if set forth fully herein.

24. On or about February 1, 2025, through May 30, 2026, Defendant JAYSON TENNANT in the Northern District of Ohio, Eastern Division, and elsewhere, with intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass and intimidate another person, to wit, VICTIM 1 and VICTIM 2, used any interactive computer service and electronic communication service and electronic communication service of interstate commerce and any other facility of interstate and foreign commerce, to wit, Google and Proton email accounts, to engage in a course of conduct, to wit, the course of conduct alleged in Paragraphs 1 through 22 of this Indictment, that caused, attempted to cause, and be reasonably expected to cause substantial emotional distress to VICTIM 1 or VICTIM 2, VICTIM 1's or VICTIM 2's immediate family members, and VICTIM 1's and VICTIM 2's spouse and intimate partner. All in violation of Title 18, United States Code, Section 2261A(2)(B).

5

## COUNT 2
(Interstate Threatening Communication, Title 18, United States Code, Section 875(c))

25. The factual allegations of Paragraphs 1 through 22 of this Indictment are hereby realleged and incorporated as if set forth fully herein.

26. On or about May 21, 2026, the Defendant, JAYSON TENNANT, in the Northern District of Ohio, Eastern Division, and elsewhere, transmitted in interstate and foreign commerce any communication containing any threat to injure the person of another, to wit, sent an email by means of a communication in interstate or foreign commerce to VICTIM 1 and VICTIM 2, to whom the email was received by VICTIM 1, located in the Northern District of Ohio, and VICTIM 2, located in the Middle District of Florida, containing the threat to injure VICTIM 1 and VICTIM 2 as follows:

Subject: Fwd: Matt Ayers (Skywalker 2023)

[VICTIM 1], [VICTIM 2] your both deadmen walking as far as I am concerned.

All in violation of Title 18, United States Code, Section 875(c).


## COUNT 3
(Interstate Threatening Communication, Title 18, United States Code, Section 875(c))

27. The factual allegations of Paragraphs 1 through 22 of this Indictment are hereby realleged and incorporated as if set forth fully herein.

28. On or about May 21, 2026, the Defendant, JAYSON TENNANT, in the Northern District of Ohio, Eastern Division, and elsewhere, transmitted in interstate and foreign commerce any communication containing any threat to injure the person of another, to wit, sent an email by means of a communication in interstate or foreign commerce to VICTIM 1 and VICTIM 2, to whom the email was received by VICTIM 1, located in the Northern District of Ohio, and

VICTIM 2, located in the Middle District of Florida, containing the threat to injure VICTIM 1 and VICTIM 2 as follows:

Subject: [EXTERNAL EMAIL] - London to Cleveland ~> FL

With my AR and my vest.

I'm not event playing with you pansy LE assholes anymore. It's called fucking communication. If you can't do that then you took a chance that I will murder you for. In the 1st. I'm not a plead the 5th degree bitch

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.