**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 5:26-cr-304** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | |
| | ) | **MOTION TO RE-OPEN** |
| **JAYSON TENNANT** | ) | **DETENTION HEARING** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Now comes the Defendant, Jayson Tennant, through undersigned counsel, and respectfully requests an order re-opening the Detention Hearing as supported by the accompanying Memorandum pursuant to 18 U.S.C. § 3142.

Respectfully submitted,

s/Damian A. Billak
**DAMIAN A. BILLAK (0065274)**
*COUNSEL FOR DEFENDANT*
23 Lisbon St., Suite K
Canfield, OH 44406
Phone: 330-702-2000
Fax: 330-702-2970
E-mail: dbillak@billaklaw.com

**MEMORANDUM**

On May 21, 2026 a criminal complaint was filed by the United States Attorney's Office for the Northern District of Ohio against the Defendant Jayson Tennant.

On June 1, 2026 Mr. Tennant was arrested in the Southern District of Florida.

On June 8, 2026 pursuant to Rule 5(c)(3) Mr. Tennant agreed to be brought to the Northern District Court of Ohio.

On June 23, 2026 an indictment was issued against Mr. Tennant.

On June 30, 2026 Mr. Tennant was arraigned and entered a plea of not guilty to the indictment before this Honorable Court.

On that same date the Government moved for detention. Mr. Tennant waived his right to a detention hearing, reserving the right to re-visit detention should circumstances change.

At the time of the arraignment Mr. Tennant had a warrant to appear in the Municipal Court of Fulton County, Ohio Western District.

A discussion took place with this Honorable Court citing the reason for waiving the detention hearing was the aforementioned state warrant.

On July 8, 2026 the warrant was withdrawn/vacated and conditions of bond were set by the court in Fulton County (see attached Defendant Exhibits 1 and 2).

Mr. Tennant has strong family ties and, if released, will reside with his father at his home in Cuyahoga Falls, Ohio.

Mr. Tennant has a limited criminal history, with no prior felony convictions.

Mr. Tennant would abide by any and all conditions for release back into the community including, but not limited to, electronically monitored house arrest or location monitoring.

The maximum penalty for the counts in this indictment is five (5) years, with a beginning Base Offense Level 12.

Mr. Tennant, again, has the support of his father here in the Northern District of Ohio.

Mr. Tennant has a stable residence to live at in the Northern District of Ohio.

Mr. Tennant is currently retired after years of stable employment.

Mr. Tennant has financially secure sureties available.

Mr. Tennant has a limited criminal history (believed to be Criminal History Category I) and no prior history of violence or use of weapons.

Wherefore, for the above-stated reasons, it is respectfully requested this Honorable Court re-visit the issue of detention and consider the Pretrial Release with specific conditions.

Respectfully submitted,

s/Damian A. Billak
**DAMIAN A. BILLAK (0065274)**
*COUNSEL FOR DEFENDANT*
23 Lisbon St., Suite K
Canfield, OH 44406
Phone: 330-702-2000
Fax: 330-702-2970
E-mail: dbillak@billaklaw.com

## CERTIFICATE OF SERVICE

This is to certify that on July 30, 2026, a copy of the foregoing *Motion to Re-Open Detention Hearing* was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/Damian A. Billak
**DAMIAN A. BILLAK (0065274)**
*COUNSEL FOR DEFENDANT*